UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Scott Nolan King,

        Plaintiff,

vs.

Lynn M Dingle, Individual
and Official Capacity, Greg J.
Lindell, Craig S. Oseland,
Steve Hamann, and Stacy
Corbo in their Individual
Capacities,

        Defendants.

ORDER ADOPTING THE
REPORT AND RECOMMENDATION

Civ. No. 08-5922 (ADM/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. That this action be dismissed without prejudice, as to the Defendant Stacy Corbo, for the Plaintiff's failure to comply with this Court's Order of May 26, 2009, for failure to effect proper service on the Defendant Stacy Corbo, and for lack of prosecution.

2. That the Plaintiff's Motion for Declaration of Default [Docket No. 12] be denied as moot.

        s/Ann D. Montgomery

        _____
        Ann D. Montgomery, Judge
        United States District Court

DATED: July 22, 2009
At Minneapolis, Minnesota