UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Scott Nolan King,

                Plaintiff,

vs.

Lynn M Dingle, Individual and Official Capacity, Greg J. Lindell, Craig S. Oseland, Steve Hamann, and Stacy Corbo in their Individual Capacities,

                Defendants.

ORDER ADOPTING THE
REPORT AND RECOMMENDATION

Civ. No. 08-5922 (ADM/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1. That the Plaintiff's Motion for Relief Stated in Complaint [Docket No. 32] is DENIED.

    2. That the Defendants' Motion to Dismiss and for Summary Judgment [Docket No. 44] is GRANTED.

                                                      s/Ann D. Montgomery

                                                      Ann D. Montgomery, Judge
                                                      United States District Court

DATED: March 11, 2010
At Minneapolis, Minnesota